UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| WILLIAM JAMES DUTTON, | ) | Civil Action No. 1:14-cv-1779-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412. The parties filed a Joint Stipulation for Attorney Fees Pursuant to the EAJA advising their agreement to stipulation to an award of $3,950.00 in attorney fees and $21.95 in expenses. Accordingly, it is

ORDERED that Plaintiff, William James Dutton, is awarded attorney fees under the EAJA in the amount of Three Thousand Nine Hundred Fifty dollars and Zero cents ($3,950.00), and Twenty-One dollars and Ninety-Five cents ($21.95) in expenses. These attorney fees will be paid directly to Plaintiff, William James Dutton, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

                                                              s/Bruce Howe Hendricks
                                                              Bruce Howe Hendricks
                                                              United States District Judge

June 26, 2015
Greenville, South Carolina